IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RICKIE L. TIGUE, JR.**  PETITIONER
*ADC #171131*

v.  CASE NO. 2:25-CV-00005-BSM

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 4th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE